MARGARET A. REILLY and HUBERT W. J. REILLY, Respondents, v. CALLAN BUILDERS, INC., Appellant.— In an action to recover the down payment made by plaintiffs upon the execution of a contract for an exchange of real estate, together with expenses incurred in connection with the contract, judgment in favor of

plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.